# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**BOARDS OF TRUSTEES OF THE**
**OHIO LABORERS BENEFITS,**

    **Plaintiffs,**

                          Case No. 2:20-cv-1211
  **v.**                            JUDGE EDMUND A. SARGUS, JR.
                          Magistrate Judge Elizabeth Preston Deavers

**UNITED MASONRY CONSTRUCTION,**
**COMPANY, LLC,**

    **Defendant.**

## ORDER

This matter is before the Court on the Plaintiff's Motion for Default Judgment (ECF No. 30). The parties later filed a stipulated dismissal (ECF No. 33). Therefore, the motion for default judgment is **DENIED as moot**. This case is closed.

    **IT IS SO ORDERED.**

**4/5/2022**                                s/Edmund A. Sargus, Jr.
**DATE**                                   EDMUND A. SARGUS, JR.
                                           UNITED STATES DISTRICT JUDGE